IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *ube* D.C.

05 JUN -1  PM 3: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ROBERT S. BURCH

    Plaintiff
    Counter-Defendant

v.

                                No. 2:05-cv-02182-BBD-P

GILLIAM COMMUNICATIONS, INC.,
WLOK RADIO, INC., and,
H. A. GILLIAM, JR.,,

    Defendants
    Counter-Plaintiffs..

---

TMP
[PROPOSED] ORDER GRANTING
MOTION OF PLAINTIFF / COUNTER-DEFENDANT ROBERT S. BURCH
FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

---

This Cause came on to be heard to be heard upon the Motion of Plaintiff / Counter-Defendant

Robert S. Burch for an extension of time for filing responsive pleadings through and including June 10,

2005. Opposing counsel consents to the extension of the deadline through and including June 10, 2005.

IT IS ORDERED that the deadline for Plaintiff / Counter-Defendant Robert S. Burch to file

responsive pleadings to the Complaint is extended through and including June 10, 2005.

DATED: ~~May~~ June 1, 2005.

United Stated ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05

7

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT