IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**ROBERT S. BURCH,**

    **Plaintiff**
    **Counter-Defendant,**

**vs.**

                                     **Civil Action No. 05-2182-D P**

**GILLIAM COMMUNICATIONS, INC.,
WLOK RADIO, INC. and
H.A. GILLIAM, JR.,**

    **Defendants**
    **Counter-Plaintiffs.**

---

## ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM

---

This matter is before the Court on Defendants' Unopposed Motion for Extension Of Time In Which To Respond To Plaintiff's Motion to Dismiss Counterclaim. For good cause shown and pursuant to Federal Rule of Civil Procedure 6(b), the Court hereby GRANTS the motion and EXTENDS the time for Defendants to respond to Plaintiff's Motion to Dismiss Counterclaim until July 14, 2005.

IT IS SO ORDERED this *30* day of _____, 2005.

                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _2-1 05_

/4/

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT