IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 JUL -5 PM 5: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT S. BURCH,

    Plaintiff,

vs.

    Civil Action No. 05-2182-DP
    JURY TRIAL DEMANDED

GILLIAM COMMUNICATIONS, INC.,
WLOK RADIO, INC., and
H. A. GILLIAM, JR.,

    Defendants.

## RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held. Present were Robin H. Rasmussen, counsel for Plaintiff and Ed McKenny, counsel for Defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES pursuant to F.R.C.P. 26(a)(1):   July 21, 2005

JOINING PARTIES:        September 7, 2005

AMENDING PLEADINGS:     September 7, 2005

INITIAL MOTIONS TO DISMISS:    October 9, 2005

COMPLETING ALL DISCOVERY:      March 7, 2006

    a.  DOCUMENT PRODUCTION:    March 7, 2006

    b.  DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:    March 7, 2006

    c.  EXPERT WITNESS DISCLOSURE (Rule 26)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-11-05



1. DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:    January 9, 2006

2. DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:    February 9, 2006

3. EXPERT WITNESS DEPOSITIONS:    March 7, 2006

FILING DISPOSITIVE MOTIONS:    April 7, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not made a decision regarding trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: July 5, 2005

Approved by:

_____
Robin H. Rasmussen, TN BPR# 16865
Charmiane G. Claxton TN BPR# 18592
Attorney for Plaintiff / Counter-Defendant
APPERSON, CRUMP & MAXWELL, PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300
(901) 757-1296

_____
Edward J. McKenney, TN BPR #
Attorney for Defendants / Counter-Plaintiffs
One Commerce Square, Suite 2700
Memphis, Tennessee 38103

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT