IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 AUG -8 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT S. BURCH,

    Plaintiff
    Counter-Defendant,

vs.                                  Civil Action No: 05-2182-BBD P

GILLIAM COMMUNICATIONS, INC.,
WLOK RADIO, INC., and
H. A. GILLIAM, JR.,

    Defendants
    Counter-Plaintiffs.

## ORDER ON MOTION FOR ORAL ARGUMENT

Counsel for the Plaintiff / Counter-Defendant has filed a Motion for Oral Argument on his Motion to Dismiss Counterclaim. The stated grounds for the Motion are that the issues raised in its pending motion and in the Defendant / Counter-Plaintiff's response warrant a full opportunity for the benefit of the Court to hear counsel develop their arguments and to permit counsel to respond to any questions raised by the Court.

The Court finds that oral argument in this matter will be of assistance, by permitting the parties to emphasize and clarify the written arguments appearing in their memoranda. Accordingly,

IT IS ORDERED THAT the Motion for Oral Argument be and is hereby granted;

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8/9/05_

IT IS FURTHER ORDERED THAT the Oral Argument on Plantiff / Counter-Defendant's Motion to Dismiss Counterclaim will be heard on <u>Wednesday</u>, <u>September 14</u>, 200<u>5</u>, at <u>2:00 PM</u>

DATED: <u>August 3</u>, 2005.

_____
United States District Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Bernice Donald
US DISTRICT COURT