IN THE UNITED STAT11ES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 16 PM 12: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ROBERT S. BURCH, | ) | |
| | ) | |
| Plaintiff | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 05-2182 D/P |
| | ) | |
| GILLIAM COMMUNICATINS, | ) | |
| INC., WLOK RADIO, INC., and | ) | |
| H.A. GILLIAM JR., | ) | |
| | ) | |
| Defendants | ) | |
| Counter-Plaintiffs. | ) | |

## ORDER DENYING THE MOTION OF ROBERT S. BURCH TO DISMISS DEFENDANTS' COUNTERCLAIM

Before the Court is the motion (dkt. # 8) of Robert S. Burch ("Plaintiff") to dismiss the counterclaims of Defendants, Counter-Plaintiffs Gilliam Communications, Inc., WLOK Radio, Inc., and H.A. Gilliam Jr. for breach of contract, breach of fiduciary duty, and intentional interference with business relationships. Burch asserts that Counter-Plaintiffs have failed to state claims for which relief can be granted in each of the three actions. The Court finds that the counterclaim states valid claims for breach of contract, breach of fiduciary duty, and intentional interference with business relationships. For the reasons set forth in the reasoned order to follow, Plaintiff's motion to dismiss Defendant's counterclaim is therefore **DENIED**.

**IT IS SO ORDERED** this __16__ day of September, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/ 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT