IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 4:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT S. BURCH,

    Plaintiff
    Counter-Defendant,

vs.

                                                        Civil Action No. 05-2182-D P

GILLIAM COMMUNICATIONS, INC.,
WLOK RADIO, INC. and
H.A. GILLIAM, JR.,

    Defendants
    Counter-Plaintiffs.

## ORDER DENYING PLAINTIFF'S MOTION TO CERTIFY

Before this Court is Plaintiff's October 27, 2005 Motion To Certify Questions to the Tennessee Supreme Court. The Court finds that Tennessee has well-established principles to govern the interpretation of employment contracts and that this Court interpreted the Employment Agreement as written, giving the contractual language its usual, natural and ordinary meaning, following well established principles of contract interpretation established by the Tennessee Supreme Court. As the applicable Tennessee precedents are sufficiently clear to allow this Court to resolve the state law issues in this action, the Court finds that Plaintiff's Motion is not well taken and that there is no need to certify Plaintiff's proposed questions to the Tennessee Supreme Court. Plaintiff's

Document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

39

Motion is, therefore, denied.

It is so ORDERED this 20 day of December, 2005.

Bernice B. Donald
United States District Judge

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CV-02182 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James B. Jalenak
HARRIS SHELTON HANOVER WALSH
One Commerce Square
Ste 2700
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT